# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

1220 U.S. Courthouse
100 State Street
Rochester, New York 14614

---

In Re:

    MONICA WILLIAMS,                        Case No. 15-21214
                                                   Chapter 7

              Debtor.

---

## TRUSTEE'S INTENT TO SELL COMBINED WITH NOTICE THEREOF
## **PRIVATE SALE**

The Trustee, Kenneth W. Gordon, 1039 Monroe Avenue, Rochester, NY 14620 intends to conduct a private sale of non-exempt items of the Bankruptcy Estate, pursuant to Federal Rule of Bankruptcy Procedure 6004(a), as follows:

**Description of Property or Interest to be sold:** Non-Exempt Personalty: (3) DVD Players (Scheduled Value $60.00); Nintendo Wii (Scheduled Value $50.00; microwave oven (Scheduled Value $10.00); Samsung Note 3 (Scheduled Value $73.78) = $193.78

**Buyer's Name and Address:** Debtor

**Price (and payment terms, if any):** $193.78

**Trustee's basis for purchase price:** Approximately 100% of a the values listed above.

**Other terms, conditions or information regarding the sale:** None

**PLEASE TAKE NOTICE**, that unless an objection or a request for a hearing is filed with the Bankruptcy Court Clerk, the Trustee, and the U.S. Trustee regarding the above sale by _____, the intended sale will immediately go forward and the Trustee will sell the above interest or property by virtue of the Trustee's statutory powers, without further Notice or Order of the Court. A hearing will take place before Honorable Paul R. Warren, at 100 State Street, 1550 U.S. Courthouse, Rochester, New York, on _____ at _____ if a timely objection is filed.

Dated: _____                                   _____
                                                                             Lisa Bertino Beaser, Esq.
                                                                             Clerk, U.S. Bankruptcy Court